RECEIVED
SEP - 1 2026
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

Rollie Leonberger and entities (see attachment)

Melissa Leonberger individually and on behalf of all other similarly situated persons, and

Lois Mower individually and on behalf of all other similarly situated persons

Plantiffs

v.

St Charles County, Missouri

Defendents

**Complaint for a Civil Case**

**4:26-CV-01400 MTS**

Case No.
*(to be assigned by Clerk of District Court)*

Plaintiff requests trial by jury:
☒ Yes ☐ No

**CIVIL COMPLAINT**

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepaying fees or costs.*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rollie Leonberger & entities (see attac |
| Street Address | 2511 Ambelwood Lane |
| City and County | O Fallon and St Charles County |
| State and Zip Code | Missouri 63368 |
| Telephone Number | 618-334-7710 |
| E-mail Address | realbusinesssol20@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | St Charles County Court House |
| Job or Title | |
| Street Address | 201 N 2nd, #429 |
| City and County | St Charles and St Charles County |
| State and Zip Code | Missouri 63301 |
| Telephone Number | 636-949-7500 |
| E-mail Address | |

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant. If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A. Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1st ammednment- right to protest
4th Amendment - Illegal Search & Seizure
6th Amendment - Due Process
9th Amendment - Right to Privacy
14th Amendment and equal protection under the law

### B. Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

St Charles County
Ron Dreisilker, prosecuting attorney
200 M 2nd, St Charles, MO 63301

### C. Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1. The Plaintiff(s)

The plaintiff, *(name)* Rollie Leonberger, is a citizen of the State of *(name)* Missouri.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

If the defendant is an individual

The defendant, *(name)* ______________________, is a citizen of the State of *(name)* ______________________ *Or* is a citizen of *(foreign nation)* ______________________.

If the defendant is a corporation

The defendant, *(name)* St Charles County.

is incorporated under the laws of the State of *(name)* Missouri, and has its principal place of business in the State of *(name)* Missouri *Or*

is incorporated under the laws of the State of *(foreign nation)* Missouri, and has its principal place of business in *(name)* St Charles County.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

Due to the theft of intellectual property and trademark protections, I am sure it will be more than 75,000.

Attachment for a Civil Case

# UNITED STATES DISTRICT COURT FOR

# THE EASTERN DISTRICT OF MISSOURI DIVISION

On August 18th, 2026, St Charles County exercised a nuisance warrant and took intellectual property in the process Along with various other personal items. This violates Article 1 clause 8 section 8 of the United States constitution. They took vehicles that belong to the companies.

The city's law on ordinance violations is vague. We thought we had complied and were never notified of any proceedings to follow said incident. They were asked and told repeatedly they were taking intellectual property, and they chose to laugh and take the property anyway. They put elderly people at risk.

We are starting investigations to find all parties for suit.

Would like a restraining order to St Charles County against doing anything for said property and to be released back to its rightful owner.

## III. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

1 St Charles County towed several of our vehicles due to a nuisance order from a garbage ticket. The vehicles were licensed and insured and parked on the street. They took intellectual property and moved personal items. They did not serve a warrant prior to taking these vehicles nor did they permit us to get anything from the vehicles. There was a gun in the front seat of a vehicle towed. We were left stranded with disabled people In the house.

2. When did it happen? August 18, 2026

3. Where did it happen? 2511 Ambelwood Lane, O Fallon, Missouri 63368

4. What injuries did you suffer?
Loss of vehicles, loss of prototype, no access to vehicles, loss of work. Disabled people in the house unable to go to doctors' appointments, grocery, etc.

5. What did each defendant personally do or fail to do to harm you.
They violated equal protection. Not notified of hearing. No notice given before towing vehicles.
Intellectual property was moved off of vehicles, intellectual property out of backyard
Material taken that was to renovate house.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Refunded for vehicles, intellectual property, punitive damages, loss of work, defamation, emotional distress and property damage.

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☒ No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☒ No ☐

Do you claim punitive monetary damages?

Yes ☒ No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

$10 million...Refunded for vehicles intellectual property - growing system, frames, plantar boxes, vertical growing rack f. punitive damages, loss of work, defamation, emotional distress and property damage.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 28 day of August, 20 26.

Signature of Plaintiff(s) Rollie Leonberger