**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ROLLIE LEONBERGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26-cv-01400-MTS |
| | ) | |
| ST. CHARLES COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

After a review of the filings in this action, the Court finds that Plaintiff Rollie Leonberger has neither shown that he is likely to succeed on the merits nor that money damages would not remedy his harms were he to succeed on the merits. For these reasons, the Court will deny his Motions that seek preliminary injunctive relief. *See Dataphase Sys., Inc. v. C L Sys., Inc.*, 640 F.2d 109, 114 (8th Cir. 1981) (en banc) (listing factors district court must consider in determining whether preliminary injunction should issue); *D.M. by Bao Xiong v. Minn. State High Sch. League*, 917 F.3d 994, 999 (8th Cir. 2019) (absence of a likelihood of success on the merits strongly suggests that preliminary injunctive relief should be denied); *Choreo, LLC v. Lors*, 164 F.4th 667, 671 (8th Cir. 2026) (failure to show irreparable harm is, by itself, a sufficient basis to deny a preliminary injunction).

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Temporary Restraining Order, Doc. [3], and Motion Requesting No Legal Actions Be Taken, Doc. [14], are both **DENIED**.

Dated this 20th day of October 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE